THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRIAN KEITH REZNICEK | § | CASE NO. 05-44819-R |
| XXX-XX-8551 | § | |
| 4028 HEAVENLY WAY | § | CHAPTER 13 |
| FORNEY, TX 75126-8269 | § | |
| | § | |
| KRISTIN SHANTEL REZNICEK | § | |
| XXX-XX-4689 | § | |
| | § | |
| DEBTORS | § | |

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF
THE UNITED STATES BANKRUPTCY COURT**

The Notice of Janna L. Countryman, Trustee herein, respectfully would show:

1. That she is the duly qualified and acting Trustee in this case.

2. The Trustee has made distributions of the funds of this estate in accordance with the confirmed Chapter 13 Plan and/or the Bankruptcy Code. Some of the distribution checks have not been negotiated.

3. An amount has been reserved for the following creditor to whom previous checks were submitted without negotiation:

    | Creditor | Reserve Amount |
    |---|---|
    | CAPITAL ONE | $3,289.52 |

4. A turnover check payable to the Clerk of the United States Bankruptcy Court for $3,289.52 is attached to this Notice.

Dated: 11-23-10

Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court has been served upon the following parties in interest on the date set forth below by mailing a copy of same to them via first class mail.

BRIAN KEITH REZNICEK
KRISTIN SHANTEL REZNICEK
4028 HEAVENLY WAY
FORNEY, TX 75126-8269

BARTHOLOW & BARTHOLOW
11300 NORTH CENTRAL EXPRESSWAY
SUITE 301
DALLAS, TX 75243

CAPITAL ONE
DEPOSIT RECOVERY DEPARTMENT
P. O. BOX 152409
IRVING, TX 75015-2409

CAPITAL ONE BANK
P. O. BOX 260311
PLANO, TX 75026-0311

BRICE, VANDER LINDEN & WERNICK
9441 LBJ FREEWAY, SUITE 350
P. O. BOX 829009
DALLAS, TX 75382-9009

CAPITAL ONE BANK
P. O. BOX 259360
PLANO, TX 75025-9360

Dated: _____

_____
Office of the Standing Chapter 13 Trustee

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN
500 N. CENTRAL EXPRESSWAY, SUITE 350
PLANO, TX 75074

Tyler, Texas  1119

2016921

DATE: Nov 19, 2010

PAY  Exactly Twenty Thousand Five Hundred Ninety Eight And 81 / 100 Dollars

$*****20,598.81

VOID 60 DAYS AFTER DATE



TO THE ORDER OF
CLERK OF THE
U.S. BANKRUPTCY COURT
660 NORTH CENTRAL EXPRESSWAY
PLANO, TX 75074

⑈2016921⑈ ⑆111923607⑆ ⑈157252011⑈

STANDING CHAPTER 13 TRUSTEE
JANNA L. COUNTRYMAN

Payee: CLERK OF THE

Date: Nov 19, 2010
Check No.: 2016921
Name ID: 31950

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---|---|---|
| 0544057 | DEBORA CAROL PIERSON<br>CLAIM ID: 00012  ACCT: 7232 | XXX-XX-8715<br>COURT CLAIM #: 7 | | 560.48 | 0.00 | 2.25 |
| 0544204 | BRANDON ROBERT & JAMIE MICHELLE WHITE<br>CLAIM ID: 00041  ACCT: 7086 | XXX-XX-1747 | XXX-XX-4513<br>COURT CLAIM #: 5 | 18.24 | 0.00 | 0.21 |
| 0544332 | MARY H. MARTIN<br>CLAIM ID: 00022  ACCT: XXXXXX2850 | XXX-XX-6519<br>COURT CLAIM #: 1 | | 21.54 | 0.00 | 0.16 |
| 0544514 | GLENN E. & CONNIE L. WEBSTER<br>CLAIM ID: 00052  ACCT: 6135 | XXX-XX-6594 | XXX-XX-3963<br>COURT CLAIM #: 20 | 7.44 | 0.00 | 0.00 |
| 0544605 | LAURA F. POLLARD<br>CLAIM ID: 00006  ACCT: XXXXXXXXXXXX9307 | XXX-XX-5121<br>COURT CLAIM #: 5 | | 1.78 | 0.00 | 0.03 |
| 0544819 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK<br>CLAIM ID: 00016  ACCT: 8515 | XXX-XX-8551 | XXX-XX-4689<br>COURT CLAIM #: 9 | 3,289.52 | 156.64 | 0.00 |
| 0544819 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK<br>CLAIM ID: 00024  ACCT: 1602 | XXX-XX-8551 | XXX-XX-4689<br>COURT CLAIM #: 1 | 1,931.92 | 0.00 | 0.00 |
| 0544819 | BRIAN KEITH & KRISTIN SHANTEL REZNICEK<br>CLAIM ID: 10016  ACCT: 8515 | XXX-XX-8551 | XXX-XX-4689<br>COURT CLAIM #: 9 | 69.74 | 0.00 | 0.13 |
| 0544890 | CORY & BRANDI THOMAS<br>CLAIM ID: 00015  ACCT: XXXXXX3997 | XXX-XX-5847 | XXX-XX-0356<br>COURT CLAIM #: 2 | 12.30 | 0.00 | 0.08 |
| 0544935 | CLAUD E. & DELORES R. HALL<br>CLAIM ID: 00007  ACCT: XXXXXX 7010 | XXX-XX-8444 | XXX-XX-7742<br>COURT CLAIM #: 5 | 11.94 | 0.00 | 0.00 |
| 0545539 | WESTLEY ALLEN & JENNIFER RYLI WATKINS<br>CLAIM ID: 10001  ACCT: XXXXXXXXXXXXXX5461 | XXX-XX-8980 | XXX-XX-0539<br>COURT CLAIM #: 1 | 269.00 | 0.00 | 0.25 |
| 0545663 | MARIO R. & BLANCA M. VILLANUEVA<br>CLAIM ID: 00039  ACCT: XXXXX 7206 | XXX-XX-0499 | XXX-XX-8784<br>COURT CLAIM #: 12 | 2.46 | 0.00 | 0.00 |
| 0546201 | DAVID M. & VALLEY L. HART<br>CLAIM ID: 00063  ACCT: 0170 | XXX-XX-4425 | XXX-XX-9515<br>COURT CLAIM #: 3 | 2,982.68 | 535.13 | 0.00 |
| 0546201 | DAVID M. & VALLEY L. HART<br>CLAIM ID: 10063  ACCT: 0170 | XXX-XX-4425 | XXX-XX-9515<br>COURT CLAIM #: 3 | 20.32 | 0.00 | 0.08 |
| 0546332 | JASON & MIRANDA CAUDILL<br>CLAIM ID: 00008  ACCT: XXXXXXXXXX4486 | XXX-XX-8707 | XXX-XX-4002<br>COURT CLAIM #: 11 | 181.65 | 17.21 | 0.00 |
| 0546332 | JASON & MIRANDA CAUDILL<br>CLAIM ID: 00030  ACCT: XXX 9689 | XXX-XX-8707 | XXX-XX-4002<br>COURT CLAIM #: 3 | 0.56 | 0.00 | 0.06 |
| 0546332 | JASON & MIRANDA CAUDILL<br>CLAIM ID: 10008  ACCT: XXXXXXXXXX4486 | XXX-XX-8707 | XXX-XX-4002<br>COURT CLAIM #: 11 | 30.51 | 0.00 | 0.09 |
| 0546552 | BRADLEY A. & LISA J. HUNT<br>CLAIM ID: 10015  ACCT: XXXXXXXXX 0135 | XXX-XX-2887 | XXX-XX-8901<br>COURT CLAIM #: 8 | 122.58 | 0.00 | 0.49 |
| 0547263 | JOHN R. & ALISHA M. GRUBBS<br>CLAIM ID: 00002  ACCT: XXXXXXXXXXXX3227 | XXX-XX-6252 | XXX-XX-0229<br>COURT CLAIM #: 4 | 17.14 | 0.00 | 0.05 |
| 0547363 | CHARLES ARTHUR & CONNIE LYNN LANE<br>CLAIM ID: 00013  ACCT: 2897 | XXX-XX-4415 | XXX-XX-8043<br>COURT CLAIM #: 7 | 70.58 | 0.00 | 0.05 |
| 0547363 | CHARLES ARTHUR & CONNIE LYNN LANE<br>CLAIM ID: 00027  ACCT: 0680 | XXX-XX-4415 | XXX-XX-8043<br>COURT CLAIM #: 3 | 39.04 | 4.05 | 0.00 |
| 0547363 | CHARLES ARTHUR & CONNIE LYNN LANE<br>CLAIM ID: 10027  ACCT: 0680 | XXX-XX-4415 | XXX-XX-8043<br>COURT CLAIM #: 3 | 0.82 | 0.00 | 0.00 |

STANDING CHAPTER 13 TRUSTEE  
JANNA L. COUNTRYMAN  

Payee: CLERK OF THE  

Date: Nov 19, 2010  
Check No.: 2016921  
Name ID: 31950  

| Case No. | Debtor Name(s) | SSN 1 | SSN 2 | Payment | Interest | Balance |
|---|---|---|---|---:|---:|---:|
| 0547831 | DARYL D. ROGERS & LOVIE TASKER-ROGERS | XXX-XX-6595 | XXX-XX-0262 | 79.39 | 13.20 | 0.00 |
| | CLAIM ID: 00057   ACCT: XXXX 6070 | COURT CLAIM #: 24 | | | | |
| 0547831 | DARYL D. ROGERS & LOVIE TASKER-ROGERS | XXX-XX-6595 | XXX-XX-0262 | 13.54 | 1.32 | 0.00 |
| | CLAIM ID: 00058   ACCT: XXXX 6070 | COURT CLAIM #: 25 | | | | |
| 0547870 | STEVEN RICHARD & DIANE S. LITHERLAND | XXX-XX-5556 | XXX-XX-3940 | 7.51 | 0.00 | 0.12 |
| | CLAIM ID: 00028   ACCT: X 6688 | COURT CLAIM #: 5 | | | | |
| 0547870 | STEVEN RICHARD & DIANE S. LITHERLAND | XXX-XX-5556 | XXX-XX-3940 | 4.02 | 0.00 | 0.07 |
| | CLAIM ID: 00035   ACCT: 6674 | COURT CLAIM #: 9 | | | | |
| 0548322 | GEORGIANA R. HURLBERT | XXX-XX-4887 | | 115.80 | 8.49 | 0.00 |
| | CLAIM ID: 00020   ACCT: XXX 5009 | COURT CLAIM #: 4 | | | | |
| 0549088 | JIMMY R. & KATHRYN L. DOERR | XXX-XX-3365 | XXX-XX-4943 | 96.47 | 0.00 | 0.21 |
| | CLAIM ID: 00011   ACCT: X 0503 | COURT CLAIM #: 7 | | | | |
| 0640037 | RICHARD SHAWN & RENEE LYNN FALLON | XXX-XX-3953 | XXX-XX-3059 | 68.06 | 0.00 | 0.03 |
| | CLAIM ID: 10001   ACCT: XXXXXXXXXX4772 | COURT CLAIM #: 3 | | | | |
| 0640115 | MICHAEL PAUL & ELIZABETH TAYLOR DURANCZYK | XXX-XX-6608 | XXX-XX-1040 | 17.27 | 0.00 | 0.01 |
| | CLAIM ID: 00028   ACCT: XXXXX 1850 | COURT CLAIM #: 11 | | | | |
| 0640219 | HUGH P. & DEBRA A. VEALE | XXX-XX-4546 | XXX-XX-9572 | 26.45 | 0.00 | 24.18 |
| | CLAIM ID: 00052   ACCT: XXXXXX4662 | COURT CLAIM #: 14 | | | | |
| 0641148 | JAMES E. MITCHELL, SR. & JUDY A. MITCHELL | XXX-XX-4689 | XXX-XX-1257 | 1.04 | 1.04 | 918.65 |
| | CLAIM ID: 00036   ACCT: 4579 | COURT CLAIM #: 4 | | | | |
| 0641390 | GREG & CHARITY GOREE | XXX-XX-2816 | XXX-XX-5500 | 1,538.51 | 255.78 | 0.00 |
| | CLAIM ID: 00013   ACCT: 1901 | COURT CLAIM #: 3 | | | | |
| 0642304 | KATHLEEN LYNN O'CONNOR | XXX-XX-0309 | | 213.78 | 24.57 | 0.00 |
| | CLAIM ID: 00039   ACCT: XXXX 6040 | COURT CLAIM #: 3 | | | | |
| 0650050 | TONY LANE WILLIS | XXX-XX-5558 | | 149.59 | 0.00 | 1.30 |
| | CLAIM ID: 00017   ACCT: X 5178 | COURT CLAIM #: 7 | | | | |
| 0650067 | BARBARA JEAN JACKSON | XXX-XX-0747 | | 2.28 | 0.00 | 0.00 |
| | CLAIM ID: 00025   ACCT: X 1195 | COURT CLAIM #: 1 | | | | |
| 0650067 | BARBARA JEAN JACKSON | XXX-XX-0747 | | 432.37 | 0.00 | 0.00 |
| | CLAIM ID: 00034   ACCT: X 1195 | COURT CLAIM #: 2 | | | | |
| 0740083 | MARK ANTHONY & CYNTHIA ANNE PERRY | XXX-XX-3764 | XXX-XX-2466 | 157.16 | 0.00 | 342.22 |
| | CLAIM ID: 00036   ACCT: XXXXXXXXXXX 9729 | COURT CLAIM #: 3 | | | | |
| 0740177 | DONNA SPRING HOUSTON | XXX-XX-2335 | | 0.07 | 0.00 | 12,888.33 |
| | CLAIM ID: 00033   ACCT: XXXXXXXXX8395 | COURT CLAIM #: 7 | | | | |
| 0741108 | MICHAEL H. & LORETTA WALKER | XXX-XX-2880 | XXX-XX-8349 | 14.58 | 0.00 | 0.06 |
| | CLAIM ID: 00004   ACCT: XXXXX 3396 | COURT CLAIM #: 1 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 1.01 | 1.01 | 5,797.47 |
| | CLAIM ID: 00005   ACCT: | COURT CLAIM #: 4 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 0.88 | 0.88 | 5,318.12 |
| | CLAIM ID: 00006   ACCT: | COURT CLAIM #: 5 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 2.12 | 2.12 | 13,011.45 |
| | CLAIM ID: 00011   ACCT: 5692 | COURT CLAIM #: 6 | | | | |
| 0940605 | WILLIAM S. & DOROTHY A. WILSON | XXX-XX-9941 | XXX-XX-2533 | 0.54 | 0.00 | 13,999.57 |
| | CLAIM ID: 00038   ACCT: | COURT CLAIM #: | | | | |
| 0940933 | RICHARD ALLAN SCARBROUGH | XXX-XX-3000 | | 3,619.47 | 1,495.72 | 27,480.07 |
| | CLAIM ID: 00004   ACCT: 7273 | COURT CLAIM #: 11 | | | | |
| 0943272 | CLAUDIA K. MCSTAY | XXX-XX-0826 | | 518.80 | 0.00 | 0.00 |
| | CLAIM ID: 00009   ACCT: 5641 | COURT CLAIM #: 4 | | | | |
| 0943272 | CLAUDIA K. MCSTAY | XXX-XX-0826 | | 3,710.64 | 0.00 | 0.00 |
| | CLAIM ID: 00025   ACCT: 6041 | COURT CLAIM #: 3 | | | | |
| 0943594 | JARED S. MAUCK | XXX-XX-2574 | | 145.22 | 145.22 | 16,875.00 |
| | CLAIM ID: 00001   ACCT: XXXXXX 7916 | COURT CLAIM #: 1 | | | | |

| | | | | Payment | Interest | Balance |
|---|---|---|---|---:|---:|---:|
| | TOTALS | | | 20,598.81 | 2,662.38 | 96,660.79 |